## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | Case No. 13-06731-MCF |
| JOSE F. GIERBOLINI BONILLA | Chapter 13 |
| DEBTOR | |

### MOTION FOR VOLUNTARY DISMISSAL

TO THE HONORABLE COURT.

NOWCOMES debtor, through undersigned counsel, and respectfully states and prays:

1.- DEBTOR has requested undersigned to file the present Motion for Voluntary Dismissal in order to more properly address the claims of his creditors, and better construct a viable chapter 13 Plan.

IT IS THEREFORE RESPECTFULLY REQUESTED that the hearing on Confirmation of the Plan BE CONTINUED.

In San Juan, Puerto Rico, this Tenth Day of December, 2015.

This motion shall be served by the Clerk's Office to chapter 13 trustee Mr. Alejandro Oliveras-Rivera, Esq., and his counsel in this case: Mr. Pedro Medina-Hernández, Esq., and to all parties participating in the electronic noticing system. Those parties not included in the electronic system will be served via U.S. Postal Service.

/s/ MAXIMILIANO TRUJILLO-GONZALEZ
USCD#122208
PMB 429, 100 Grand Paseos Blvd, Suite 112
San Juan, PR 00926-5902
(787)438-8802, Fax (787)200-5063
maxtruj@gmail.com

RESPONSE TIME REQUIRED BY LOCAL BANKRUPTCY RULE 9013-1(c)(1)

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Federal Rule of Bankruptcy Procedure 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

/s/Maximiliano Trujillo-González